CRAIG MARGULIES (State Bar No. 185925)
MEGHANN TRIPLETT (State Bar No. 268005)
**MARGULIES FAITH LLP**
16030 Ventura Blvd., Suite 470
Encino California 91436
Telephone: (818) 705-2777
Facsimile: (818) 705-3777
Email: Craig@MarguliesFaithlaw.com
Email: Meghann@MarguliesFaithlaw.com

Attorneys for Jeremy W. Faith, Chapter 7 Trustee

FILED & ENTERED

FEB 03 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY HANDY    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re

DOLORES R. TREJO,

Debtor.

JEREMY W. FAITH, Chapter 7 Trustee,

Plaintiff,

vs.

CALIFORNIA STATE LOTTERY;
CALIFORNIA STATE LOTTERY
COMMISSION; GREGORY AHERN, an
individual; NATHANIEL KIRTMAN III, an
individual; CONNIE M. PEREZ, an
individual; JOHN SMOLIN, an individual;
PHIL TAGAMI, an individual,

Defendants.

Case No 9:13-bk-10970-RR

Chapter 7

Adv. No. 9:13-ap-01156-RR

**ORDER APPROVING STIPULATION
TO DISMISS ADVERSARY
PROCEEDING**

Status Conference
Date:   February 4, 2014
Time:   11:00 a.m.
Place:  Courtroom 201
        United States Bankruptcy Court
        1415 State Street
        Santa Barbara, CA 93101

The Court, having considered the *Stipulation to Dismiss Adversary Proceeding* ("Stipulation", Dkt. no. 32) filed in the above-captioned Adversary Proceeding, Adv. No. 9:13-ap-01156-RR ("Adversary Proceeding"), entered between the Defendants, the California State Lottery, the California State Lottery Commission, and State Lottery Commissioners Gregory Ahern, Nathaniel Kirtman III, Connie M. Perez, John Smolin

and Phil Tagami, on the one hand, and Jeremy W. Faith, the Plaintiff and Chapter 7 Trustee for the above-captioned bankruptcy estate, on the other, by and through their respective counsel of record (collectively, the "Parties"), and for good cause appearing,

**IT IS HEREBY ORDERED** that:

    1.    The Stipulation is granted;

    2.    The Adversary Proceeding is hereby dismissed;

    3.    The Status Conference in the Adversary Proceeding currently set for **February 4, 2014, at 11:00 a.m.** is taken off calendar and no appearances are required; and

    4.    The Parties shall each bear their own attorneys' fees, costs and expenses in prosecuting and defending the Adversary Proceeding.

### #

Date: February 3, 2014

Robin L. Riblet
United States Bankruptcy Judge